IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01560-PSF-OES

STEVE WALKER,

    Plaintiff,

v.

ROBERT A. FRANCIS,
LORI POLLOCK,
LANI POLLOCK, and
JOHN DOE and JANE DOE ONE THROUGH TEN,

    Defendants.

---

## ORDER DIRECTING SUBMISSION OF SETTLEMENT PAPERS

---

The Court has been advised of an impending settlement of this case. The parties are DIRECTED to file a stipulation of dismissal, or other settlement documents, no later than December 16, 2005.

Pending such filing, all dates and deadlines in this case are suspended.

DATED: November 8, 2005.

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge