IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01560-PSF-OES

STEVE WALKER,

     Plaintiff,

v.

ROBERT A. FRANCIS,
LORI POLLOCK,
LANI POLLOCK, and
JOHN DOE and JANE DOE ONE THROUGH TEN,

     Defendants.
_____

**ORDER GRANTING DISMISSAL WITH PREJUDICE**
_____

     THE COURT, having considered the Stipulated Motion for Dismissal With Prejudice **(17)** filed by the parties, and being fully advised, hereby

     ORDERED that all claims in this action are DISMISSED with prejudice, each party to bear his or her own costs and attorneys' fees.

     DATED: December 12, 2005.

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Court Judge